**THE WALLACE FIRM, PC**
BRADLEY S. WALLACE, ESQ. (SBN 243169)
bradley@wallacefirm.email
THOMAS R. BURNS, ESQ. (SBN 297577)
thomas@wallacefirm.email
16000 Ventura Blvd., Suite 440
Encino, CA 91436
Tel: 818-476-5998
Fax: 818-476-5598

**AGHABI LAW, APC**
ELIE I. AGHABI, ESQ. (SBN 298721)
elie@aghabilaw.com
3450 Wilshire Blvd., Suite 304
Los Angeles, California 90010
Tel.: (323) 539-8529
Fax: (323) 879-4813

Attorneys for Plaintiff, MARIANO GALDAMEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| MARIANO GALDAMEZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER TRANSPORT, INC, JOHN HENRY PRESTON, an Individual; and DOES 1-100, Inclusive<br><br>Defendants. | CASE NO.: 5:23-cv-00997-JWH-JC<br>*[Assigned to Hon. John W. Holcomb, Crtrm 9D]*<br><br>**JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION** |

///

///

///

///

///

///

///

---

1

**JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION**

1   PLEASE TAKE NOTICE that Plaintiff MARIANO GALDMEZ, and Defendant, KAISER
2   TRANSPORT, INC and Defendant, HENRY PRESTON, by and through their designated counsel,
3   herby notify the court that a settlement has been reached in the above-captioned case.
4   The Plaintiff and Defendants therefore apply to this honorable court to vacate all currently
5   set dates, and for a dismissal of the entire case with prejudice, each party to bear its own costs.

8   DATED: February 01, 2024,              **THE WALLACE FIRM, PC**

By: _____
BRADLEY S. WALLACE, ESQ.
THOMAS R. BURNS, ESQ.
Attorneys for Plaintiff,
MARIANO GALDAMEZ

15  DATED: February 01, 2024              **FREEMAN MATHIS & GARY, LLP**

By: _____
LIZEL R. CEREZO, ESQ.
Attorneys for Plaintiff,
KAISER TRANSPORT, INC.

2
**JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES
AND FOR DISMISSAL OF ACTION**

**CERTIFICATE OF SERVICE**

I hereby certify on February 01, 2023, I electronically filed the foregoing: **JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION** with the Clerk of the Court for the United States District Court, Central District of California by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC-Central District of California CM/ECF system.

**SEE ATTACHED SERVICE LIST**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☑   **FEDERAL:**   I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on February 01, 2024, at Panorama City, California.

_____
Bertha Marquez

## SERVICE LIST

| **AGHABILAW, APC**<br>ELIE I. AGHABI, ESQ.<br>3450 Wilshire Blvd., Suite 304<br>Los Angeles, California 90010<br>Telephone: (323) 539-8529<br>Facsimile: (323) 879-4813<br>Email: *litigation@aghabilaw.com*<br>Attorneys/Co-counsel for Plaintiff, **MARIANO GALDAMEZ** | **FREEMAN MATHIS & GARY, LLP**<br>Lizel R. Cerezo, Esq.,<br>550 South Hope Street, Suite 2200<br>Los Angeles, CA 90071-2627<br>Tel: (213) 615-7000<br>Fax: (833) 264-2083<br>Email: *lizel.cerezo@fmglaw.com*<br>Attorney for Defendant, **KAISER TRANSPORT, INC.** |
|---|---|

**JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION**