JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO GALDAMEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>KAISER TRANSPORT, INC.; JOHN HENRY PRESTON, an Individual; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 5:23-cv-00997-JWH-JC<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 17] entered on or about February 15, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 20, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE